# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUDITH RUIZ | Case No. 2:19-mj-00364-JHR |

## GOVERNMENT'S MOTION TO FOR LEAVE TO DISMISS COMPLAINT

      The United States of America, by and through Halsey B. Frank, United States Attorney for the District of Maine, and Noah Falk, Assistant United States Attorney, hereby moves pursuant to Fed. R. Crim. P. 48(a) to dismiss the Complaint in the above-captioned case. Upon further review and careful consideration of the facts and the law, the government believes that dismissal of the Complaint would be in the best interests of justice. Counsel for the defendant, Heather Gonzales, does not oppose this motion.

Dated: October 23, 2020

Respectfully submitted,

HALSEY B. FRANK
United States Attorney

*/s/ Noah Falk*
Noah Falk
Assistant U.S. Attorney
United States Attorney's Office
100 Middle Street, 6th Floor, East Tower
Portland, ME 04101
(207) 780-3257