# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUDITH RUIZ | Docket No. 2:19-mj-364 (JHR) |

## NOTICE OF DISMISSAL

The United States of America hereby moves to dismiss the Criminal Complaint filed in the above-captioned matter.

Dated at Portland, Maine this 27th day of October, 2020.

                                                Respectfully submitted,

                                                Halsey B. Frank
                                                United States Attorney

                                                /s/Noah Falk
                                                Assistant U.S. Attorney
                                                United States Attorney's Office

CERTIFICATE OF SERVICE

      I hereby certify that on October 27, 2020, I filed the foregoing Notice of Dismissal using the Court's CM/ECF system, which will cause a copy to be sent to the following counsel:

Heather Gonzales, Esq.

      /s/Noah Falk
Assistant U.S. Attorney
United States Attorney's Office
100 Middle Street
Portland, ME 04101
noah.falk@usdoj.gov